IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN FORD                                                                                              PLAINTIFF

v.                                          Civil No. 4:19-cv-04163

ROBERT GENTRY; CHRIS WOLCOTT;
and TERRY HERNANDEZ                                                                      DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff, Justin Ford, proceeds in this matter *pro se* and *in forma pauperis*. (ECF Nos. 1, 3).

Currently pending are two motions filed by the Plaintiff: Plaintiff's Motion for Extension of Time (ECF No. 17) and Plaintiff's Motion to Compel (ECF No. 18).

In Plaintiff's Motion for Extension of Time, Plaintiff states that his unit is on lockdown due to Covid-19 and he has no access to the law library. Plaintiff does not, however, state a deadline that he seeks to extend. Accordingly, Plaintiff's Motion for Extension of Time (ECF No. 17) should be, and hereby is, DENIED.

In Plaintiff's Motion to Compel, Plaintiff states that Defendants have not provided him with a copy of his outside medical records. Defendants have responded, and state that the medical records have been requested, and that as soon as the records are received, copies will be provided to Plaintiff. The Court, therefore, finds that Plaintiff's Motion to Compel (ECF No. 18) should be, and hereby is, DENIED.

IT IS SO ORDERED this 31st day of August 2020.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE

1